Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant



Order Filed on September 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Victoria Forsythe aka Vickie Forsythe aka Vicky Forsythe, | Case No. 13-31719-CMG |
| | Hearing Date: 09/21/2016 @ 9:00 a.m. |
| Debtor. | Judge: Christine M. Gravelle |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED

**DATED: September 22, 2016**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

| | |
|---|---|
| Debtor: | Victoria Forsythe aka Vickie Forsythe aka Vicky Forsythe |
| Case No.: | 13-31719-CMG |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the motion of Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2002-KS4 ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 102 Myrtle Avenue, Washington, New Jersey 07882;
2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;
3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;
4. ~~Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtor as required by F.R.B.P. 3002.1(b) and (c).~~

United States Bankruptcy Court
District of New Jersey

In re:
Victoria Forsythe
        Debtor

Case No. 13-31719-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 26, 2016
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2016.
db             +Victoria Forsythe,    102 Myrtle Avenue,    Washington, NJ 07882-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2016 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF
           NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A.
           AS SUCCESSOR TO JPMORGAN CHASE BANK AS TRUSTEE FO nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    SPECIALIZED LOAN SERVICING, AS SERVICER FOR THE BANK
           OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY,
           N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing for The Bank of New York Mellon
           Trust Company National Association fka The Bank of New York Trust Company NA as successor to JP
           Morgan Chase Bank as Trustee for Residential Asset nj.bkecf@fedphe.com
          Eric L. Leinbach    on behalf of Debtor Victoria    Forsythe office1603@rcn.com,
           lester532004@yahoo.com;ericleinbach@nni.net
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York
           Trust Company, N.A. as successor to JPMorgan Chase Bank, nj_ecf_notices@buckleymadole.com
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
           Association fka The Bank of New York Trust Company, N.A. as sucessor to JPMorgan Chase Bank, as
           Trustee for Residential Asset Securities Corporation jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                                              TOTAL: 9