Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−31719−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Victoria Forsythe
   aka Vickie Forsythe, aka Vicky Forsythe
   102 Myrtle Avenue
   Washington, NJ 07882

Social Security No.:
   xxx−xx−8974

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/16/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 17, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 13-31719-CMG
Victoria Forsythe                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Feb 17, 2017
                              Form ID: 148             Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db              +Victoria Forsythe,    102 Myrtle Avenue,    Washington, NJ 07882-1725
cr              +OCWEN LOAN SERVICING, LLC AS SERVICER FOR THE BANK,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +Ocwen Loan Servicing for The Bank of New York Mell,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +SPECIALIZED LOAN SERVICING, AS SERVICER FOR THE BA,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                  99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
514261923      #+ACB Receivables  Mngt Corp.,    POB 350,    19 Main St,    Asbury Park, NJ 07712-7012
514261924       +Amity Associates,    375 Route 10 E Ste 1r,    Randolph, NJ 07869-2223
514261925       +Arrow Financial Services, LLC,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
514261927       +Bourgh Of Washington,    Tax Collector Office,    100 Belvidere Avenue,
                  Washington, NJ 07882-1417
514261937        Delta Outsource Group,    POB 1210,    O'Fallon, MO  63366-9010
514261938        Delta Outsource Group, Inc.,    POB 1210,    O'Fallen, MO  63366-9010
514261943      ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                 (address filed with court: Forster, Garbus & Garbus,    60 Motor Parkway,
                  Commack, NY  11725-5710)
514261941       +Fein, Such Kahn And Shepard, PC,    7 Century Drive, STE 201,    Parsippany, NJ 07054-4673
514261948       +GMAC Mortgage,    3451 Hammond Avenue,    Wareeloo, IA 50702-5300
514261949       +Hackettstown Emergency Associa,    651 Willow Grove St.,    Hackettstown, NJ 07840-1799
514261951       +Hrmc-emergency Medical Service,    651 Willow Grove St.,    Hackettstown, NJ 07840-1799
514261955       +Hsbc Bank Nevada  N.a. Hsbc Ca,    1111 N. Town Center,    Las Vegas, NV 89144-6364
514261957       +Hunterdon Medical Center,    2100 Westcott Drive,    Flemington, NJ 08822-4604
514486891        Hunterdon Medical Center,    c/o CCCB,    PO Box 336,    Raritan, NJ 08869-0336
514261959       +Jackson Capital Inc.,    C/O Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
514261964        Medical Care Assocaites,    137 Mountain Avenue,    Hackettstown, NJ  07840-2390
514261965        Michael Harrison Attoeney At Law,    3155 State Route 10 - STE 214,    Denville, NJ  07834-3430
514261968       +Neuro-specialists Of Morris Co,    310 Madison Avenue, STE 300,    Morristown, NJ 07960-6967
514522193       +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                  Parsippany NJ 07054-5020
514261969      #+Niagara  Credit Solutions, Inc.,    420 Lawrence Bell Drive, STE #2,
                  Williamsville, NY 14221-8820
514261970       +Ocwen Loan Servicing L,    3451 Hammond Ave,    Waterloo, IA 50702-5345
514261975       +PNC  Bank,    2730 Liberty Avenue,    Pittsburg, PA 15222-4747
514261971        Pegasus Emergency Group,    POB 95000-2785,    Phila, PA  19195-2785
514261974       +Phelan Hallinan & Schmieg. P.C,    400 Fellowship Road   STE 100,    Mt. Laurel, NJ 08054-3437
514261976       +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
514261977       +Richard Birkins  DDS,    POB 123,    Mount Freedom, NJ 07970-0123
514261978       +Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
514495076       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
514261980       +St Lukes Warren Physicians,    185 Roseberry St.,    Phillipsburg, NJ 08865-1690
514261981       +The Bank Of New York Trust Company,    525 William Penn Place  7th Floor,
                  Pittsburgh, PA 15259-0001
514261983       +Warren County Housing Program,    415 B Frant Street,    Belvidere, NJ 07823-1532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 17 2017 23:56:19     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 17 2017 23:56:15     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
514368692        EDI: AIS.COM Feb 17 2017 23:33:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
514276609        EDI: AIS.COM Feb 17 2017 23:33:00      American InfoSource LP as agent for,
                  Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
514261926       +E-mail/Text: banko@berkscredit.com Feb 17 2017 23:55:57     Berks Credit  And  Coll,
                  900 Corporate Dr,    Reading, PA 19605-3340
514261940        EDI: CITICORP.COM Feb 17 2017 23:33:00      Exxmblciti,    ATTN.: CENTRALIZED  BANKRUPTCY,
                  Po Box 20507,    Kansas City, MO  64195
514261928       +EDI: CAPITALONE.COM Feb 17 2017 23:33:00      Cap One,    ATTN: BANKRUPTCY DEPT.,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
514261929       +E-mail/Text: clientrep@capitalcollects.com Feb 17 2017 23:57:29     Capital Collection Service,
                  POB 150,    West Berlin, NJ 08091-0150
514261930       +E-mail/Text: clientrep@capitalcollects.com Feb 17 2017 23:57:29     Capital Collection Svc,
                  Po Box 150,    West Berlin, NJ 08091-0150
514261931       +EDI: CAPITALONE.COM Feb 17 2017 23:33:00      Capital One Bank,    Attn: Bankruptcy Dept.,
                  POB 30285,    Salt Lake City, UT 84130-0285
514261932       +EDI: CAPITALONE.COM Feb 17 2017 23:33:00      Capital One Bank,    Attn: Bankruptcy Sept.,
                  POB 30285,    Salt Lake, UT 84130-0285
514412409        EDI: CAPITALONE.COM Feb 17 2017 23:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Feb 17, 2017
                              Form ID: 148             Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514261933      +E-mail/Text: bankruptcy@certifiedcollection.com Feb 17 2017 23:56:06
                 Certified Credit And Collection Bureau,    POB 336,    Raritan, NJ 08869-0336
514261934      +EDI: CITICORP.COM Feb 17 2017 23:33:00       Citibank South Dakota   N.a.,
                 General Corrospondence,    POB 6500,    Sioux Falls, SD 57117-6500
514261936      +EDI: RCSFNBMARIN.COM Feb 17 2017 23:33:00       Credit One Bank,   Po Box 98873,
                 Las Vegas, NV 89193-8873
514261935      +EDI: RCSFNBMARIN.COM Feb 17 2017 23:33:00       Credit One Bank,   Po Box 98875,
                 Las Vegas, NV 89193-8875
514261939      +EDI: CITICORP.COM Feb 17 2017 23:33:00       Exxmblciti,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
514261942      +EDI: AMINFOFP.COM Feb 17 2017 23:33:00       First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
514261944      +EDI: RMSC.COM Feb 17 2017 23:33:00       Ge Money Bank,   901 Main Avenue,
                 Morwalk, CT 06851-1172
514261945      +EDI: RMSC.COM Feb 17 2017 23:33:00       Ge Money Bank,   901 Main Avenue,
                 Norwalk, CT 06851-1172
514261946      +EDI: RMSC.COM Feb 17 2017 23:33:00       Gecrb/low,   Po Box 956005,    Orlando, FL 32896-0001
514261947      +EDI: RMSC.COM Feb 17 2017 23:33:00       Gecrb/low,   ATTENTION: BANKRUPTCY DEPARTMENT,
                 Po Box 103104,    Roswell, GA 30076-9104
514261950      +E-mail/Text: barbara.pawski@atlantichealth.org Feb 17 2017 23:56:40
                 Hackettstown Reg Medical Cente,    651 Willow Grove St.,    Hackettstown, NJ 07840-1799
514261953      +EDI: HFC.COM Feb 17 2017 23:33:00       Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
514261954      +EDI: HFC.COM Feb 17 2017 23:33:00       Hsbc Bank,   ATTENTION: HSBC RETAIL SERVICES,
                 Po Box 5264,    Carol Stream, IL 60197-5264
514261952      +EDI: HFC.COM Feb 17 2017 23:33:00       Hsbc Bank,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
514261956      +EDI: HFC.COM Feb 17 2017 23:33:00       Hsbc Bank Nevada N.a. Visa Pl,    Att. Bankruptcy Dept,
                 POB 5213,    Carol Stream, IL 60197-5213
514261961      +EDI: RESURGENT.COM Feb 17 2017 23:33:00       LVNV Funding,   POB 10497,
                 Greenville, SC 29603-0497
514472043       EDI: RESURGENT.COM Feb 17 2017 23:33:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of HSBC Card Services (III),    Inc.,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514472042       EDI: RESURGENT.COM Feb 17 2017 23:33:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514261962      +EDI: RESURGENT.COM Feb 17 2017 23:33:00       Lvnv Funding Llc,
                 ATTENTION: HSBC RETAIL SERVICES,    Po Box 10497,    Greenville, SC 29603-0497
514261967      +EDI: MID8.COM Feb 17 2017 23:33:00       Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
514261966      +EDI: MID8.COM Feb 17 2017 23:33:00       Midland Funding,   FORD MOTOR CREDIT,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514261979       EDI: SWCR.COM Feb 17 2017 23:33:00       South West Credit,   4120 International Pkwy, STE 1100,
                 Carrolition, TX 75007-1958
514261982      +EDI: VERIZONEAST.COM Feb 17 2017 23:33:00       Verizon,   500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
514261958       EDI: IIC9.COM Feb 17 2017 23:33:00       i c sYSTEMS,   pob 64437,    St. Paul, MN  55164-0437
                                                                                                TOTAL: 36

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514261963*     +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
514261960    ##+Knoll Factual Data/0600,    5200 Hahns Peak Drive,    Loveland, CO 80538-8852
514261973    ##+Pentagroup Financial,    5959 CORPORATE DR.,    Suite 1400,    Houston, TX 77036-2311
514261972    ##+Pentagroup Financial,    ATTN: BANKRUPTCY DEPT.,    5959 Corporate Dr Ste 14,
                 Houston, TX 77036-2311
                                                                                   TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin                Page 3 of 3             Date Rcvd: Feb 17, 2017
                              Form ID: 148               Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:

```
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF
           NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A.
           AS SUCCESSOR TO JPMORGAN CHASE BANK AS TRUSTEE FO nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    SPECIALIZED LOAN SERVICING, AS SERVICER FOR THE BANK
           OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY,
           N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing for The Bank of New York Mellon
           Trust Company National Association fka The Bank of New York Trust Company NA as successor to JP
           Morgan Chase Bank as Trustee for Residential Asset nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
           The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust
           Company, N.A. as successor to JPMorgan Chase Bank, dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric L. Leinbach     on behalf of Debtor Victoria   Forsythe office1603@rcn.com,
           lester532004@yahoo.com;ericleinbach@nni.net
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York
           Trust Company, N.A. as successor to JPMorgan Chase Bank, nj_ecf_notices@buckleymadole.com
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
           Association fka The Bank of New York Trust Company, N.A. as sucessor to JPMorgan Chase Bank, as
           Trustee for Residential Asset Securities Corporation jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                             TOTAL: 10
```