UNITED STATES BANKRUPTCY COURT
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on February 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Victoria Forsythe

Debtor(s)

CHAPTER 13 CASE NO. 13-31719 / CMG

Hearing Date: February 15, 2017  9:00 am

Honorable Christine M. Gravelle

**ORDER REGARDING CHAPTER 13 STANDING
TRUSTEE'S MOTION TO DISMISS OR
CERTIFICATION OF DEFAULT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on Motion/Application of Albert Russo, Standing Chapter 13 Trustee, for an Order Dismissing the Debtor's case and to disburse funds on hand, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:
Victoria Forsythe
    Debtor

Case No. 13-31719-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 17, 2017
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.
db      +Victoria Forsythe,    102 Myrtle Avenue,    Washington, NJ 07882-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
       Albert   Russo    docs@russotrustee.com
       Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
       Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF
        NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A.
        AS SUCCESSOR TO JPMORGAN CHASE BANK AS TRUSTEE FO nj.bkecf@fedphe.com
       Andrew L. Spivack    on behalf of Creditor    SPECIALIZED LOAN SERVICING, AS SERVICER FOR THE BANK
        OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY,
        N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE nj.bkecf@fedphe.com
       Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing for The Bank of New York Mellon
        Trust Company National Association fka The Bank of New York Trust Company NA as successor to JP
        Morgan Chase Bank as Trustee for Residential Asset nj.bkecf@fedphe.com
       Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
        The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust
        Company, N.A. as successor to JPMorgan Chase Bank, dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Eric L. Leinbach    on behalf of Debtor Victoria   Forsythe office1603@rcn.com,
        lester532004@yahoo.com;ericleinbach@nni.net
       Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
        for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York
        Trust Company, N.A. as successor to JPMorgan Chase Bank, nj_ecf_notices@buckleymadole.com
       Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
        Association fka The Bank of New York Trust Company, N.A. as sucessor to JPMorgan Chase Bank, as
        Trustee for Residential Asset Securities Corporation jgoldman@kmllawgroup.com,
        bkgroup@kmllawgroup.com
                TOTAL: 10